IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BERNICE SANDOVAL, *et als.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>MENNONITE GENERAL HOSPITAL, INC., *et al.*,<br><br>**Defendants.** | **Civil No.** 22-1136 (FAB) |

**AMENDED PARTIAL JUDGMENT**

In accordance with the Memorandum and Order entered on February 20, 2024 (Docket No. 73), plaintiffs' claims against Mennonite General Hospital, Inc. **are dismissed with prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 22, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE