IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BERNICE SANDOVAL, *et als.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>HOSPITAL ORIENTE, INC., *et al.*,<br><br>**Defendants.** | **Civil No.** 22-1136 (FAB) |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 133), this case is **DISMISSED with prejudice** as to Dr. Mosquera, Dr. Valle, and Hospital Oriente.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 14, 2025.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE